AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>18978 NORTHERN DANCER LANE,<br>YORBA LINDA, CA, 92886 | )<br>)<br>) Case No. 2:18-MJ-02516<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Central____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____14 days from the date of its issuance____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 9/21/18 3:00 P.M.     *Patrick J. Walsh*
                                             *Judge's signature*

City and state: Los Angeles, California     Hon. Patrick J. Walsh, Chief Magistrate Judge
                                             *Printed name and title*

AUSA: Andrew Brown, 11th Floor, x0102

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:18-MJ-02516 | Date and time warrant executed: 9/27/18 06:20 | Copy of warrant and inventory left with: 18978 Northern Dancer Ln, Yorba Linda |
| Inventory made in the presence of: Robert Chowth? | | |

*Inventory of the property taken and name of any person(s) seized:*

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

- See attached / FD-597

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 9/28/18

*Executing officer's signature*

Robert Chowthl, Special Agent
*Printed name and title*

AUSA: Andrew Brown, 11th Floor, x0102

FD-597 (Rev 8-11-94)

Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 29P-LA-2151241

On (date) 9/27/2018

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Ti Lu (Jerry Young) and Yu Hao Hung
(Street Address) 18978 Northern Dancer Ln.
(City) Yorba Linda, CA 92886

Description of Item(s):

1 - Cell phones, storage media
2 - Utility Bills
3 - Trust Documents & checks
4 - Bank Checks
5 - Financial Records
6 - Checks & Credit Cards & Gift Cards
7 - Chinese currency
8 - Card readers
9 - Casino player cards, Car invoice
10 - Car registration / insurance
11 - Property deed
12 - Business records
13 - 2 micro SD cards
14 - Samsung Galaxy Note 9
15 - Credit Card applications, other credit card info.
16 - Bank & Crypto currency account info.
17 - Mail from other address
18 - US Currency & Foreign currency
19 - Gold colored coins

Received By: _____(Signature)_____    Received From: _____(Signature)_____

FD-597 (Rev 8-11-94)    Page 2 of 2

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 29P-LA-2151241

On (date) 9/27/2018

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Ti Lu (Jerry Young) and Yu Hao Hung
(Street Address) 18978 Northern Dancer Ln.
(City) Yorba Linda, CA 92886

Description of Item(s):

20 - HP Envy Curved screen
21 - IBM Thinkpad
22 - Samsung Tablet
23 - HP Pavillion Desktop
24 - Qosino Laptop
25 - Safety Deposit Box keys

RL 2/27/18

Received By: (Signature)

Received From: (Signature)